UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BILL LAWRENCE RICE,<br><br>    Defendant. | NO.  CR-06-80-RHW<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION** |

    Before the Court is Defendant's Motion for Early Termination (ECF No. 56). A hearing on the motion was held on December 7, 2011, in Los Angeles, California. Defendant was present and represented by Larry Hammond. The Government was represented by Elizabeth Yang. This order memorializes the Court's oral ruling.

    Accordingly, **IT IS HEREBY ORDERED:**

    1.   Defendant's Motion for Early Termination (ECF No. 56) is **DENIED**.

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to counsel and the United States Probation Office.

    **DATED** this 16th day of December, 2011.

                         *s/Robert H. Whaley*
                         ROBERT H. WHALEY
                       United States District Judge

C:\Temp\notesD30550\deny.motion.wpd

**ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION ~ 1**